IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| RENE A. PERRY AND | ) |
| DAVID A. PERRY, | ) |
| | ) |
| Defendant(s). | ) |

## COMPLAINT

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Julie M. Wright, Assistant United States Attorney for said District, and for its complaint against the defendant, alleges as follows:

### Parties

1. The United States is the plaintiff.

2. That Rene A. Perry is a defendant, an individual who resides within the Eastern District of Missouri.

3. That David A. Perry is a defendant, an individual who resides within the Eastern District of Missouri.

### Jurisdiction and Venue

4. This Court has jurisdiction over this suit under 28 U.S.C. § 1345, because the United States is the plaintiff.

5. Venue is proper under 28 U.S.C. § 1391(b), because the defendants resides in this district.

6. On June 25, 2003, the defendants executed a promissory note to secure a loan with the U.S. Small Business Administration (SBA). Attached is a true and accurate copy of the promissory note executed by the defendants, marked Exhibit 1, and made a part hereof as if set out in full. Said note was subsequently assigned to the United States pursuant to 20 U.S.C. § 1071(a)(1)(D); 34 C.F.R. § 682.409.

7. That after applying any and all credits on said debt, the defendants are indebted to the plaintiff in the principal amount of $7,115.89, plus administrative costs of $2,200.39. See Certificate of Indebtedness attached hereto as Exhibit 2.

8. Demand has been made upon the defendants by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff prays judgment against the defendants for the total of $9,316.28, consisting of principal of $7,115.89 and administrative costs of $2,200.39, together with costs of this action pursuant to 28 U.S.C. § 2412(a)(2), and any other costs of this action deemed just and proper.

CATHERINE L. HANAWAY
United States Attorney

By: _____
JULIA M. WRIGHT #4450
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200